**No. 09-973. Kenzi Noris Elizabeth Snider, Petitioner v. Seung Lee, et al.**

559 U.S. 1038, 130 S. Ct. 2073, 176 L. Ed. 2d 415, 2010 U.S. LEXIS 2913.

March 29, 2010. Petition for writ of cer-

tiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 584 F.3d 193.